IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DURACELL INC., )<br>)<br>*Defendant*. ) | C.A. No. 1:19-cv-01021-RGA |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Symbology Innovations LLC and Defendant Duracell U.S. Operations, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, herby move for an order dismissing all claims by Plaintiff against Defendant WITH PREJUDICE and counterclaims by Defendant against Plaintiff WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

////

Dated: August 13, 2019                                              Respectfully submitted,

| | |
|---|---|
| FISH & RICHARDSON P.C. | /s/ Stamatios Stamoulis |
| | Stamatios Stamoulis #4606 |
| By: /s/ Jeremy D. Anderson | stamoulis@swdelaw.com |
| Jeremy D. Anderson (#4515) | Richard C. Weinblatt #5080 |
| 222 Delaware Avenue, 17th Floor | weinblatt@swdelaw.com |
| Wilmington, Delaware 19801 | 800 N. West Street Third Floor |
| (302) 652-5070 (Telephone) | Wilmington, DE 19801 |
| (302) 652-0607 (Facsimile) | (302) 999-1540 |
| janderson@fr.com | |
| | M. GRANT MCARTHUR (SBN 321959) |
| Neil J. McNabnay | gmcarthur@budolaw.com |
| Ricardo J. Bonilla | KIRK. J. ANDERSON (SBN 289043) |
| Theresa M. Dawson | kanderson@budolaw.com |
| Rodeen Talebi | BUDO LAW, LLP |
| 1717 Main Street, Suite 5000 | 5610 Ward Rd., Suite #300 |
| Dallas, Texas 19001 | Arvada, CO 80002 |
| (214) 747-5070 (Telephone) | (720) 225-9440 (Phone) |
| (214) 747-2091 (Facsimile) | (720) 225-9331 (Fax) |
| mcnabnay@fr.com; | |
| rbonilla@fr.com; | *Attorney(s) for Plaintiff Symbology* |
| tdawson@fr.com | *Innovations, LLC.* |
| rtalebi@fr.com | |

**ATTORNEYS FOR DEFENDANT
DURACELL U.S. OPERATIONS, INC.**