IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | C.A. No. 1:19-cv-01021-RGA |
| v. ) | |
| ) | |
| DURACELL INC., ) | |
| ) | |
| *Defendant*. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Symbology Innovations LLC and Defendant Duracell U.S. Operations, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, herby move for an order dismissing all claims by Plaintiff against Defendant WITH PREJUDICE and counterclaims by Defendant against Plaintiff WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

////

Dated: August 13, 2019

FISH & RICHARDSON P.C.

By: /s/ Jeremy D. Anderson
Jeremy D. Anderson (#4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay
Ricardo J. Bonilla
Theresa M. Dawson
Rodeen Talebi
1717 Main Street, Suite 5000
Dallas, Texas 19001
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com;
rbonilla@fr.com;
tdawson@fr.com
rtalebi@fr.com

ATTORNEYS FOR DEFENDANT
DURACELL U.S. OPERATIONS, INC.

Respectfully submitted,

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540

M. GRANT MCARTHUR (SBN 321959)
gmcarthur@budolaw.com
KIRK. J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW, LLP
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC.*

SO ORDERED this __14__ day of __August__, 2019

/s/ Richard G. Andrews
United States District Judge